### *Jackson*, ex dem. *Cramer*, v. *Stiles*, *Williams* Tenant.

ON motion for an attachment for not paying costs, on account of the plaintiff's being nonsuited, for want of confessing lease entry and ouster, the affidavit must state, that the person demanding them of the tenant, was duly authorised by the lessor of the plaintiff, according to the *English* practice.\*

\* *Run. Eject.* 415.

### *Brandt*, ex dem. *McCleland*, v. *Burrows*.

SCOTT insisted, that the notice of motion for judgment, as in case of nonsuit, was waived by giving subsequent notice of an application for a commission.

*Per Curiam.* The defendant knew you were entitled to stipulate; he, therefore, comes prepared, if you do that, to make his other motion. If you elect to have judgment of nonsuit against you, it is in your power. If not, you must stipulate, and then the motion for the commission will be granted.